IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ROSE M. FOWLES,

     Plaintiff,

v.

THE TJX COMPANIES, INC., a
Corporation,

     Defendants.

Civil Action
File No.:

---

## PETITION FOR REMOVAL

TO:   The Honorable Judges of the United States District Court for the Middle District of Georgia, Columbus Division:

COMES NOW, The TJX Companies, Inc., by and through its undersigned counsel, and hereby files its Petition for Removal and respectfully shows this Court the following:

1. A civil action has been filed and is now pending in the State Court of Muscogee County, State of Georgia, designated as CAFN: SC2021CV001292

2. The Summons and Complaint in that action were filed in the State Court of Muscogee County on October 7, 2021, and were first received by Defendant The TJX Companies, Inc. by service through TJX Companies, Inc.'s registered agent on October 11, 2021.  Thus, TJX Companies, Inc. timely files this petition of removal.

3.      TJX Companies, Inc. files herewith a copy of all process, pleading, and orders

        including the Summons and Complaint in this action, pursuant to 28 USC §

        1446.  (Attached hereto as Exhibit A & Exhibit B).

4.      Defendant is now, was at the commencement of this suit, and at all times since

        been a corporation organized and existing under the laws of Delaware and

        having its principal place of business in Massachusetts.

5.      Plaintiff is a citizen of the State of Alabama

6.      The Parties are an Alabama citizen Plaintiff, and Massachusetts and Delaware

        Citizen The TJX Companies, Inc. Therefore, complete diversity exists, and

        this case is properly removed.

7.      The action described above is a civil action with a claim of which this Court

        has original jurisdiction, and it is one that may be removed to this Court by

        Defendant pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq., in

        that there is complete diversity among the parties and Defendant is not a

        resident of the State of Georgia, the Parties are not residents of the same State,

        and the amount in controversy exceeds $75,000.00 exclusive of interest and

        costs. The complaint does allege some special damages in the amount of

        $35,114.71 plus unknown additional medical expenses, it does not specifically

        itemize all damages at issue in the case or for which there is a prayer for relief.

"[R]emoval from state court is proper if it is facially apparent from the complaint that the amount in controversy exceeds the jurisdictional requirement. If the jurisdictional amount is not facially apparent from the complaint, the court should look to the notice of removal and may require evidence relevant to the amount in controversy at the time the case was removed." *Williams v. Best Buy Co., Inc.*, 269 F.3d 1316, 1319 (11th Cir. 2001) A Defendant seeking removal must prove by a preponderance of the evidence that the amount in controversy more likely than not exceeds the $75,000.00 jurisdictional amount. *Standridge v. Wal-Mart Stores, Inc.*, 945 F. Supp. 252, 256 (N.D. Ga. 1996). When deciding whether the amount in controversy has been satisfied, the District Court can use its judicial experience and common sense. *Roe v. Michelin North America, Inc.*, 613 F. 3d. 1058, 1064 (11th Cir. 2010).

In Plaintiff's Complaint, she claims she sustained a fractured left fibula requiring surgery, wearing a boot and limiting her life activities. (Exhibit A, pp. 3). Plaintiff claims she has incurred known medical expenses of $35,114.71 (Exhibit A, pp. 3). She claims additional medical expenses for at least one provider and future medical expenses as well.  Plaintiff's case is based on negligence. (Exhibit A, pp. 3-4). She further claims that she incurred an unspecified amount of damages for pain and suffering, lost enjoyment of life, mental pain and suffering and other general

damages.  She also asks for past, present and future medical expenses.  lost wages, and loss of consortium. (Exhibit A, pp. 3-5).

Accordingly, based on the damages Plaintiff is seeking in this case, it is clear the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

8.    Defendant attaches hereto a copy of the Summons and Complaint in the State Court of Muscogee County, Georgia.  (Exhibit A & Exhibit B).

9.    Defendant attaches hereto a copy of Defendant's Notice of Removal filed in the State Court of Muscogee County, Georgia.  (Exhibit C).

10.    This action is currently pending in the State Court of Muscogee County, Georgia, which is within the jurisdiction of the Middle District of Georgia, Columbus Division.  28 U.S.C.A. § 1446(a).

This 10th day of November, 2021.

*[Signature on Next Page]*

Goodman McGuffey LLP
Attorneys for The TJX Companies, Inc., a
Corporation


By:   /s/Robert A. Luskin
      ROBERT A. LUSKIN
      GA Bar No.  004383
      rluskin@GM-LLP.com
      3340 Peachtree Road NE, Suite 2100
      Atlanta, GA 30326-1084
      (404) 264-1500 Phone
      (404) 264-1737 Fax

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ROSE M. FOWLES, | |
| Plaintiff, | Civil Action File No.: |
| v. | |
| THE TJX COMPANIES, INC., a Corporation, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed this Petition for Removal with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Mr. Ted Morgan, Esq.
Ted D. Morgan, P.C.
2031 6th Avenue
P.O. Box 2582
Columbus, GA  31902-2582
tdm@tedmorganlaw.com

I also hereby certify that I have mailed by United States Postal Service to the attorneys listed above the document that is named in this Certificate of Service.

This 10th day of November, 2021.

/s/Robert A. Luskin
ROBERT A. LUSKIN
GA Bar No. 004383
rluskin@GM-LLP.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax